UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>COAL DEALERS ASSOCIATION OF CALIFORNIA, et al.,<br><br>Defendants. | Case No. 19-mc-80147-JST<br><br>**ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION**<br><br>Re: ECF No. 1, 3 |

The Court has reviewed Magistrate Judge Thomas Hixson's report and recommendation to grant the United States' Rule 60(b) motion to terminate legacy antitrust judgments that no longer protect competition. ECF No. 3. The Court finds the report to be correct, well-reasoned, and thorough, and adopts it in every respect.

The Court further notes that Judge Hixson's report was not served on any party. Given that this motion seeks to terminate judgments entered between 120 and 32 years ago and that many of the affected entities no longer exist, the Court finds that the government's public comment initiative provided adequate notice under the circumstances. ECF No. 2 ¶¶ 5-7.

**IT IS SO ORDERED.**

Dated: July 19, 2019

_____
JON S. TIGAR
United States District Judge